| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------ x<br><br>GARY OQUENDO,<br><br>                Plaintiff,<br><br>    -against-<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>              Defendant.<br>------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 6/28/10<br><br><br>99 Civ. 1858 (RMB) (AJP)<br><br><u>ORDER IN SOCIAL SECURITY CASE</u> |

**ANDREW J. PECK, United States Magistrate Judge:**

        1. The parties shall advise the Court as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the enclosed forms and explanations. If both parties consent, they should complete counterparts of the forms and return them to my chambers. If either or both parties do not consent, Ms. Haynes shall act as liaison and report to chambers that the parties do not consent, without indicating any particular party's consent or non-consent. (In other words, the Court does not want to know that party A consents and party B does not). This Order is not meant to in any way interfere with the parties' absolute right to decision by a United States District Judge (Judge Berman), but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

        Ms. Haynes is to notify the Court by no later than July 16, 2010.

C:\ORD\SS636

2

\* \* \*

2.  Ms. Haynes is to supply the Court with courtesy copies of all prior pleadings, briefs and Orders in this case.

3.  The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:  New York, New York
June 28, 2010

Andrew J. Peck
United States Magistrate Judge

Copies to:   Gary Oquendo (Regular & Certified Mail)
Suzanne M. Haynes, Esq. (Fax)
Judge Richard M. Berman

C:\ORD\SS636